UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80182-RLR-7

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JONATHON VINCENT MCGONIAGLE

    Defendant.

_____/

### DEMAND FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The Defendant, files this Demand for Disclosure of Expert Witness Summaries, pursuant to Fed. R. Crim. P. 16(a)(1)(G) and paragraph N of the Standing Discovery Order. The defendant requests disclosure of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion. *See, e.g., United States v. Ortega*, 150 F.3d 937, 943 (8th Cir. 1998) (agent's testimony, involving specialized knowledge of drug-related activities and paraphernalia, was expert opinion subject to disclosure).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>December 12, 2023</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner cv for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

JACOB A. COHEN, ESQ.
Law Offices of Jacob A. Cohen, PLLC
750 South Dixie Highway
Boca Raton, FL 33432
Telephone 561-715-7866
E-mail – jacob@jacobcohenlaw.com
By: /s/ Jacob A. Cohen, Esq.
    Jacob A. Cohen, Esq.