AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

USA
v.
Carson Derek Williams

**EXHIBIT AND WITNESS LIST**

Case Number: 23-80182

| PRESIDING JUDGE<br>Robin L. Rosenberg | PLAINTIFF'S ATTORNEY<br>Danel Funk | DEFENDANT'S ATTORNEY<br>Ronald Chapman |
|---|---|---|
| TRIAL DATE (S)<br>10/2/2024 | COURT REPORTER<br>Pauline Stipes | COURTROOM DEPUTY<br>Melanie Richardson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 10/2/2024 | yes | yes | Letter from probation officer |
|  | 2 | 10/2/2024 | yes | yes | Proof of Residency |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

**Wednesday, October 2, 2024 at 10:47:11 Eastern Daylight Time**

**Subject:** Williams, Carson Derek - Sentencing 10/2
**Date:** Monday, September 23, 2024 at 11:44:00 AM Eastern Daylight Time
**From:** Jennifer Darden
**To:** Ron Chapman

Good morning,

I just wanted to write you a brief note on how well Mr. Williams has been doing in reference to his sobriety, and overall adjustment following his last court appearance. He successfully completed 90 days of residential treatment, transitioned seamlessly to the Residential Reentry Center, and completed 90 days there. He is now residing at Project Soar, a sober living home in Broward County. Mr. Williams went back to his old job at Culvers and has remained clean since completing treatment. It is unusual for me to see a success story like this, and I truly hope the court is apprised of his progress. He has been a pleasure to work with.

Thank you,

Jennifer Darden
Senior United States Probation Officer
United States Courthouse
299 E Broward Boulevard, Suite 409
Fort Lauderdale, Florida 33301
Office: (954)769-5506
Cellular: (305)496-9388

23-80182
USA v Carson williams
exh 1

  

# PROOF OF RESIDENCY

Date: **09/27/2024**
Re: **Carson Williams**

To Whom It May Concern,

    This letter is to certify that **Carson Williams** is a full-time resident at our state certified recovery residence. He has been a full-time resident at 1541 NW 7th Terrace, Fort Lauderdale, FL 33311 since being admitted into our program on 8/7/2024 He currently attends AA/NA 12-step program meetings for alcohol and drug treatment and is actively engaged in our recovery program.

Should you have any questions or require additional information, please do not hesitate to contact a Program Specialist at 954-900-9980 extension 6 or you may send us an email at admissions@projectsoar.us - we'd be happy to help!

Respectfully,

*[signature]*

**Ryan Little**
Project SOAR Recovery Residences

Project SOAR Recovery Residences
1231 NE 15th Avenue
Fort Lauderdale, FL 33304

www.projectsoar.us

Toll Free: 1.800.922.0381
FAX: 954.900.9980
info@projectsoar.us

*[handwritten: 23-80182 USA v Carson Williams Exh 2]*